[No. 5408–6–II.   Division Two.   February 4, 1983.]

FRANK OLIVO, JR., *Respondent*, v. ROY W.
RASMUSSEN, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 80–2–00225–4, Thomas A. Swayze, Jr., J.,
entered March 6, 1981. *Dismissed* by unpublished per
curiam opinion.

[No. 9487–4–I.   Division One.   February 7, 1983.]

W. BRUCE DALRYMPLE, ET AL, *Appellants*, v. MILES
NELSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King
County, No. 855737, William C. Goodloe, J., entered Janu-
ary 29, 1981. *Affirmed in part* and *reversed in part* by
unpublished opinion per Scholfield, J., concurred in by
Durham, A.C.J., and Callow, J.

[No. 10706–2–I.   Division One.   February 7, 1983.]

THE CITY OF SEATTLE, *Respondent*, v. STANLEY
CHRISTENSEN, *Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 81–1–01964–8, Frank J. Eberharter, J., entered
August 26, 1981. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Swanson and Corbett, JJ.

[No. 10209–5–I.   Division One.   February 7, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
ROBERTSON KELLY, *Appellant*.

Appeal from a judgment of the Superior Court for What-
com County, No. 80–1–00385–5, Marshall Forrest, J.,
entered March 12, 1981. *Affirmed* by unpublished opinion
per Swanson, J., concurred in by Williams and Corbett, JJ.